IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER NAMCHI VU, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § | |
| | § | Case No. 1:15-cv-00406-SS |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| PROGREXION ASG, INC, PROGREXION MARKETING, INC., and PROGREXION TELESERVICES, INC. | | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff JENNIFER NAMCHI VU files this Notice of Voluntary Dismissal of this action against Defendants PROGREXION ASG, INC, PROGREXION MARKETING, INC., and PROGREXION TELESERVICES, INC ("Defendants") with prejudice, and in support thereof shows as follows:

1. On May 14, 2015, Plaintiff filed her Original Class Action Complaint against Defendants.

2. On May 21, 2015, Defendants were served with process.

3. The parties have resolved this dispute, and Plaintiff no longer desires to pursue her claims

4. Defendants have not answered Plaintiff's Complaint, nor have Defendants filed a motion for summary judgment.

5. The Court has not yet certified this case as a class action under FED. R. CIV. P. 23.

6. Accordingly, pursuant to FED. R. CIV. P 41(a), this case may be dismissed with prejudice and without an Order of the Court.

Dated:  July 9, 2015.

Respectfully Submitted,

       */s/ W. Craft Hughes*
W. Craft Hughes—craft@hughesellzey.com
Texas Bar No. 24046123
Jarrett L. Ellzey—jarrett@hughesellzey.com
Texas Bar No. 24040864
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335

**ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS**

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas, Austin Division, on July 9, 2015, and will be served on all counsel of record who have consented to electronic notification *via* CM/ECF. I further certify that a copy of the foregoing was emailed to counsel for Defendants at emeryt@emeryredding.com.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey